AO 245D (SDIL Rev. 7/21) Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MICHAEL J. MURPHY** | **JUDGMENT IN A CRIMINAL CASE**<br>(for **Revocation** of Probation or Supervised Release)<br><br>Case Number:  **14-CR-30211-NJR-02**<br>USM Number: **11543-025**<br><br>**G. ETHAN SKAGGS**<br>Defendant's Attorney |

**THE DEFENDANT:**

☒  admitted guilt to violation of conditions    <u>as listed below</u>    of the term of supervision.

☐  was found in violation of condition(s)    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | Defendant committed the offenses of Possession of Methamphetamine Less Than Five Grams, Unlawful Possession of Marihuana and Possession of Drug Paraphernalia. | 02/27/2021 |
|  | Defendant admitted to unlawfully to possessing marihuana and methamphetamine on November 4, 2020. | 11/09/2020 |
|  | Defendant unlawfully possessing a marihuana and methamphetamine, in that he tested positive by urinalysis. | 12/15/2020 |

The defendant is sentenced as provided on page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: 5858

Defendant's Year of Birth:  1980

City and State of Defendant's Residence:
Belleville, Illinois

Date of Imposition of Judgment: December 21, 2021

Signature of Judge
NANCY J. ROSENSTENGEL
CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

Date Signed:  December 21, 2021

AO 245D (SDIL Rev. 7/21) Judgment in a Criminal Case for Revocation

DEFENDANT: MICHAEL J. MURPHY
CASE NUMBER: 14-CR-30211-NJR-02

## ADDITIONAL COUNTS OF CONVICTION

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Mandatory (cont'd) | Defendant admitted to unlawfully possessing marihuana, on February 2, 2021. | 02/08/2021 |
| | Defendant unlawfully possessed methamphetamine and marihuana. | 02/27/2021 |
| Administrative | Defendant failed to submit a written monthly report within the first ten days of the month, for February and October 2019. | 10/2019 |
| | Defendant failed to submit a written monthly report for the July 2019; April, May, June, July, August, September, October, November, and December 2020; January and February 2021. | 02/2021 |
| | Defendant failed to notify his probation officer of his change of residence on or about January 23, 2021. | 01/23/2021 |
| | Defendant associated with a person who is a convicted felon and while in possession of methamphetamine. | 02/27/2021 |
| | Defendant failed to notify his probation officer within 72 hours, in that he was arrested by the Pontoon, Illinois Police Department on February 27, 2021. | 02/27/2021 |
| Special | Defendant failed to report to the Residential Reentry Center. | 02/22/2021 |
| | Defendant failed to participate in a program for substance abuse treatment in that he failed to report for counseling sessions as recommended. | |

AO 245D (SDIL Rev. 7/21) Judgment in a Criminal Case for Revocation

Judgment Page **3** of **3**

DEFENDANT: MICHAEL J. MURPHY
CASE NUMBER: 14-CR-30211-NJR-02

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 months, with no term of supervised release imposed.**

☒  The court makes the following recommendations to the Bureau of Prisons: **the Court recommends defendant is placed at USP Marion, Illinois, to be near his family.**

☒  The defendant is remanded to the custody of the United States Marshal.
☐  The defendant shall surrender to the United States Marshal for this district:
☐ at _____☐a.m.  ☐ p.m. on
☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
☐before 2 p.m. on
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL